UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>John Dabilis</u>

    v.                                                             Civil No. 14-cv-371-JD

<u>Hillsborough County, et al.</u>


**J U D G M E N T**

In accordance with the Order dated March 23, 2017, by District Judge Joseph A. DiClerico, Jr., judgment is hereby entered.

                                               By the Court,

                                               <u>/s/ Daniel J. Lynch</u>
                                               Daniel J. Lynch
                                               Clerk of Court

Date: March 28, 2017


cc:     Lawrence A. Vogelman, Esq.
         John A. Curran, Esq.